UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | : CHAPTER 11 |
|  | : |
| NICKELS MIDWAY PIER, LLC, | : CASE NO. 03-49462 (GMB) |
|  | : |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I, Nicole A. Ramos, hereby certify that on this 15th day of September, 2006, I have caused a true and correct copy of the foregoing Memorandum Opinion and Order in the above-referenced bankruptcy matter to be served on the following by placing same in the United States Mail, addressed as follows:

Frederic R. Cohen, Esquire
Sherman, Silverstein, Kohl, Rose &
Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Attorneys for Debtor

Arthur J. Abramowitz, Esquire
Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
457 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Attorneys for Wild Waves, LLC

Michael A. Zindler, Esquire
Brian W. Hofmeister, Esquire
Teich Groh
691 State Highway 33
Trenton, NJ 08619
Attorneys for Debtor

Willis F. Flower, Esquire
Ford, Flower & Hasbrouck
Central Square, Box 405
Linwood, NJ 08221
Attorneys for Wild Waves, LLC

Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

/s/ Nicole A. Ramos
Judicial Assistant to the
Honorable Gloria M. Burns, U.S.B.J.